FILED OCT 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br> Plaintiff, <br> v. <br> JAMES E. MOREHOUSE <br> Defendant. | No. 6:04-MJ-131-WMW <br><br> ORDER; CASH BOND POSTED AT TIME OF ARREST TO BE APPLIED TO PREVIOUSLY ORDERED FINE |

On August 17, 2004, defendant, James Morehouse, entered guilty pleas to Counts One and Two in a criminal complaint. He was sentenced to twelve months unsupervised probation. As a condition of probation, he was ordered to pay a fine of $535.00. He requested the bail previously posted in the amount of $250 be applied to the fine.

Accordingly, IT IS HEREBY ORDER that the Clerk shall apply $250.00 plus all accrued interest, to defendant James Morehouse's outstanding fine balance.

DATED: 10/20/15

MICHAEL J. SENG
United States Magistrate Judge